IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED DAYAA ELDIN ELZAAYM,<br>Plaintiff,<br>v.<br>TODD BLANCHE, et al.<br>Defendants. | CASE NO. 1:26-cv-04111 KES EPG<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating his filing of Form N-400, Naturalization Application, under the Immigration and Nationality Act ("Application"). Plaintiff served the current complaint on June 4, 2026, making the deadline for Defendants to respond August 3, 2026. Plaintiff filed his Application with the USCIS service office associated with a prior office. Because Plaintiff did not report his move by submitting a Form AR11 (Alien's Change of Address Form) the Fresno USCIS Fresno Service Office, the office servicing his Application given his new address, could not obtain his file. Following communication with counsel, Plaintiff recently submitted a Form AR11, allowing transfer of his file the Fresno office. Given this delay and in the interest of allowing the adjudicating USCIS service office to review the file and counsel to discuss status, the parties wish to extend the current deadline for approximately sixty (60) days to and including October 7, 2026. The parties further request that any other deadlines and proceedings be similarly extended, including the pending Initial Scheduling Conference set for September 3, 2026.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is October 2, 2026. All other pending deadlines and proceedings are similarly extended, Initial Scheduling Conference set for September 3, 2026.

DATED: August 1, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: August 1, 2026

By: */s/ Lisa Anderson (as authorized on July 31, 2026)*
LISA ANDERSON
Counsel for Plaintiff

ORDER

In light of the stipulation, the Court shall grant Defendants' request for an extension of time to file an answer or other responsive pleading and ORDERS Defendants to file such a response no later than October 7, 2026. Further, the currently set September 3, 2026, Initial Scheduling Conference shall be similarly extended and will be set for October 27, 2026, at 11:00 a.m. The parties are directed to file a joint status report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE