IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED DAYAA ELDIN ELZAAYM,<br>Plaintiff,<br>v.<br>TODD BLANCHE et al.<br>Defendants. | CASE NO. 1:26-CV-04111-KES-EPG<br>STIPULATION FOR SECOND EXTENSION OF TIME; ORDER THEREON<br>(ECF No. 9) |

Plaintiff Mohamed Dayaa Eldin Elzaaym ("Plainitiff") brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. He seeks de novo review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety. Specifically, the parties, by and through their respective counsel, hereby jointly stipulate and move to (1) remand this action to USCIS for further processing. USCIS, through agency counsel, has agreed that it will adjudicate Plaintiff's application for naturalization 120 days after remand; and (2) dismiss this action without prejudice, with all parties to bear their own costs and fees.

Accordingly, the parties have resolved all outstanding allegations and further judicial intervention is unnecessary.

DATED: October 7, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: October 7, 2026

By: */s/ Lisa Anderson (as authorized on October 6, 2026)*
LISA ANDERSON
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation and for good cause shown, it is hereby ORDERED THAT:

1. Plaintiff's N-400 Applications for Naturalization is remanded to the United States Citizenship and Immigration Services ("USCIS") for adjudication. USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 Application and issue a decision within 120 days after the entry of this Order;
2. For the purposes of this Order, this time frame is limited to the decision by USCIS on Plaintiff's N-400 Application and does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2), in the event the N-400 Application is denied;
3. If USCIS determines that Plaintiff may be ineligible for naturalization at this time, USCIS agrees to issue a notice to Plaintiff informing her of the reason for ineligibility and provide her with an opportunity to address the eligibility issue prior to the agency's final decision on her Application; and
4. This action is DISMISSED in its entirety without prejudice, with each party to bear their own attorneys' fees, expenses, and costs.
5. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 9, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE